UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RIANA BUFFIN,** *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>**CITY AND COUNTY OF SAN FRANCISCO,** *et al.*,<br><br>    Defendants. | Case No.  15-cv-04959-YGR<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE**<br><br>Re: Dkt. Nos. 2, 7 |

Per agreement of the parties, the Court **SETS** the following briefing schedule on plaintiffs' Motion for Preliminary Injunction (Dkt. No. 2) and Motion to Certify Class (Dkt. No. 7):

<u>Motion for Preliminary Injunction</u>
Defendants' Response:     November 23, 2015
Plaintiffs' Reply:              December 2, 2015 by noon

<u>Motion to Certify Class</u>
Defendants' Response:     November 13, 2015
Plaintiffs' Reply:              November 20, 2015

The Court further **SETS** a hearing on both motions to be held on **Wednesday, December 16, 2015** at **9:30 a.m**. in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Also per agreement of the parties, defendants' deadline to respond to the complaint shall be November 23, 2015.

**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**