# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RIANA BUFFIN, *et al.*,**<br><br>   Plaintiffs,<br><br>   v.<br><br>**CITY AND COUNTY OF SAN FRANCISCO, *et al.*,**<br><br>   Defendants. | Case No.  15-cv-04959-YGR<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE CONSOLIDATED REPLY BRIEF**<br><br>Re: Dkt. No. 31 |

The Court having reviewed plaintiffs' unopposed motion for leave to file a consolidated reply brief (Dkt. No. 31), and good cause appearing, plaintiffs' request is **GRANTED**. Plaintiffs shall file their consolidated reply brief of no more than twenty-five (25) pages in support of their motion for preliminary injunction by noon on December 2, 2015.

This Order terminates Docket Number 31.

**IT IS SO ORDERED**.

Date: December 1, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**