1  HARMEET K. DHILLON (SBN: 207872)
   Harmeet@dhillonlaw.com
2  BRANDON BAUM (SBN: 121318)
   Bbaum@dhillonlaw.com
3  DHILLON LAW GROUP INC.
   177 Post Street, Suite 700
4  San Francisco, California 94108
5  Telephone: (415) 433-1700
   Facsimile: (415) 520-6593
6
7  Attorneys for Proposed Defendant Intervenors
   California Bail Agents Association
8
9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **OAKLAND DIVISION**

12 
13 RIANA BUFFIN and CRYSTAL PATTERSON,
   
14          Plaintiffs,

15             v.

16 CITY AND COUNTY OF SAN FRANCISCO, and THE STATE OF CALIFORNIA,
17 
18          Defendants.
19 

Case No. 4:15-cv-04959-YGR

**DECLARATION OF MAGGIE KREINS IN SUPPORT OF MOTION TO INTERVENE**

Judge: Honorable Yvonne Gonzalez Rogers
Date:   January 26, 2016
Time: 2:00 p.m.
Courtroom: 1, Fourth Floor
Action Filed: October 28, 2015

I, Maggie Kreins, declare as follows:

1. I am President of the California Bail Agents Association ("CBAA"), which is attempting to intervene in the above-captioned case as a Defendant.

2. CBAA is a non-profit association of approximately 3300 bail agents licensed by the California Division of Insurance that provide bail insurance policies to consumers to secure the release of persons from jails within the State of California. The CBAA is in its 36th year of diligently working to improve the profession of bail agents, improve the bail industry, to educate members of the association and general public concerning the important work of bail agents and the services they provide to the public, the Courts, defendants, law enforcement, and the State of California. The CBAA also works in favor of protecting the constitutional right to non-excessive bail.

3. The CBAA seeks to intervene in this case to ensure that the interests of consumers of and stakeholders in the bail insurance industry in California, the inherent authority of judges in the State of California to set cash bail according to the purposes set forth in the California Constitution, and the Federal Constitutional right to non-excessive bail.

4. Licensed bail agents within the State of California provide critical services to the State, the citizens of California, and to both indigent and non-indigent defendants who are arrested in the State of California.

5. Bail agents are insurance providers licensed by the State of California, who agree to become financially liable for the defendant and to ensure his or her appearance in court.

6. Policies of private insurance, including bail insurance, help those persons in society who cannot afford to provide a "cash bond," to avoid the negative consequences of having to proceed through the court system without it.

7. Most often, a defendant does not post his own cash bond. Rather, a third party typically will work with a bail agent to purchase the policy and effect the person's release from jail by paying an insurance premium.

8. In California, based on the information I have from our membership and my 29 years of professional experience, more than 90 percent of bail bonds posted by licensed bail

agents are obtained by third-parties on behalf of the defendant. These third-parties agree to become financially liable for the defendant's appearance in court in order to secure the defendant's release from jail.

9. Bail agents work with a variety of third-party co-signors, including family members, employers, and friends to guarantee that the defendant goes to court and abides by any other conditions of bail. If the defendant fails to fulfill a court's orders, the agent and co-signor become liable in the full amount of the bond. This provides a powerful incentive for defendants, not only to appear in court, but to avoid the situations and conditions that resulted in their initial arrest.

10. Moreover, a network of accountability is created as a result of the involvement of third-party co-signors with the defendant, as they now have "skin in the game" to ensure that the defendant complies with the conditions of release. Whereas, a defendant who is released on his or her own recognizance may tend to conceal their difficulties from friends, loved ones, and other supporters.

11. In addition, bail agents provide many other services to the State, defendants, and co-signors as part of a bail transaction. Typically, this may include monitoring the defendant, and reminding the defendant to appear in court. It can also include drug and alcohol monitoring, GPS monitoring, or any other requirements an agents places on a defendant at the request of a third party co-signor.

12. I understand that one of the named plaintiffs in this case, Crystal Patterson, was released on bond in this case. ECF Doc. 25-1 ("Surety Bail Bond Agreement"). The bail bond insurance policy was underwritten by Bail Hotline Bail Bonds ("Bail Hotline"), which is a member of CBAA. Bail Hotline has therefore assumed the liability for Ms. Patterson's appearance in court.

13. If the preliminary injunction is granted, the bail industry would become nonexistent.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2015     By: _____
                                  Maggie Kreins