Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Riana Buffin, Crystal Patterson, et. al )
             ) Case No: 15-cv-4959 YGR
      Plaintiff(s), )
             ) **APPLICATION FOR**
 v.          ) **ADMISSION OF ATTORNEY**
             ) **PRO HAC VICE** AND ORDER
City and County of San Francisco, et al ) (CIVIL LOCAL RULE 11-3)
             )
      Defendant(s). )

  I, Alexander Karakatsanis, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Riana Buffin, Crystal Patterson, et. al in the above-entitled action. My local co-counsel in this case is Phil Telfeyan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 601 Pennsylvania Avenue NW<br>Washington, D.C. 20004 | 601 Pennsylvania Avenue NW<br>Washington, D.C. 20004 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 681-2409 | (202) 505-2058 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| alec@equaljusticeunderlaw.org | ptelfeyan@equaljusticeunderlaw.org |

  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 999294.

  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

  *I declare under penalty of perjury that the foregoing is true and correct*.

  Dated: 12/31/15              Alexander Karakatsanis
                           APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

  IT IS HEREBY ORDERED THAT the application of Alexander Karakatsanis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 5, 2016

                    *[signature]*
              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE