UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RIANA BUFFIN, *et al.*,** | Case No. 15-cv-04959-YGR |
| Plaintiffs, | **ORDER VACATING HEARING** |
| v. | |
| **CITY AND COUNTY OF SAN FRANCISCO, *et al.*,** | Re: Dkt. Nos. 76, 77, 81 |
| Defendants. | |

The hearing on pending motions (Dkt. Nos. 76, 77, 81) currently set for August 30, 2016 at 2:00 p.m. (*see* Dkt. No. 96) is hereby **VACATED.** The Court will reset the hearing if necessary.

Date: August 19, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**