HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
KRISTA L. BAUGHMAN (SBN: 264600)
kbaughman@dhillonlaw.com
GREGORY R. MICHAEL (SBN: 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendant Intervenor
California Bail Agents Association

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| RIANA BUFFIN and CRYSTAL PATTERSON, on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*<br><br>Defendants. | Case No. 4:15-cv-04959-YGR<br><br>**DECLARATION OF KRISTA L. BAUGHMAN IN SUPPORT OF CALIFORNIA BAIL AGENTS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT, F.R.C.P. 56**<br><br>Date:     December 12, 2017<br>Time:    2:00 p.m.<br>Place:    Courtroom 1, Fourth Floor<br>Judge:   Hon. Yvonne Gonzalez Rogers |



1

Declaration of Krista L. Baughman　　　　　　　　　　　　　　　　Case No. 4:15-cv-04959-YGR

I, Krista L. Baughman, declare as follows:

1. I am counsel for Defendant Intervenor California Bail Agents Association ("CBAA") in this action. I am over the age of 18, a citizen of California, and competent to make this declaration. This declaration is submitted in support of CBAA's Motion for Summary Judgment ("Motion"). I have personal knowledge of the facts contained in this declaration, and if called upon, I could and would competently and truthfully testify as follows.

2. Attached hereto as **Exhibit 1** are the Stipulated Facts reached by all parties to this case during the discovery phase.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the sworn report of CBAA's designated expert witness, John M. Rorabaugh, highlighted where relevant to the Motion.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff Patterson's Response to CBAA's Special Interrogatories, highlighted where relevant to the Motion.

5. Attached hereto as **Exhibit 4** is the sworn report of CBAA's designated expert witness, Judge Quentin Kopp, highlighted where relevant to the Motion.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  October 31, 2017

                                       /s/ Krista L. Baughman
                                       Krista L. Baughman

