1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   WAYNE K. SNODGRASS, State Bar #148137
    JEREMY M. GOLDMAN, State Bar #218888
3   Deputy City Attorneys
    City Hall, Room 234
4   1 Dr. Carlton B. Goodlett Place
    San Francisco, California 94102-4682
5   Telephone:      (415) 554-6762
    Facsimile:      (415) 554-4699
6   E-Mail:         jeremy.goldman@sfcityatty.org

7
    Attorneys for Defendant
8   SHERIFF VICKI HENNESSY

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13   RIANA BUFFIN and CRYSTAL              Case No. C15-04959 YGR
     PATTERSON, on behalf of themselves and
14   others similarly situated,            **DECLARATION OF ALISSA RIKER IN**
                                           **SUPPORT OF THE SHERIFF'S RESPONSE TO**
15          Plaintiffs,                    **THE MOTIONS FOR SUMMARY JUDGMENT**

16          vs.
                                           Hearing Date:    December 12, 2017
17   SHERIFF VICKI HENNESSY, in her        Time:            2:00 p.m.
     official capacity,                    Place:           Courtroom 1, Fourth Floor
18                                         Judge:           Hon. Yvonne Gonzalez Rogers
            Defendant.
19
                                           Attached Docs:   Exhibit 1
20          vs.

21   CALIFORNIA BAIL AGENTS
     ASSOCIATION,
22
            Intervenor Defendant.
23

24

25

26

27

28

I, Alissa Riker, declare as follows:

1.       I am Director of Programs with the San Francisco Sheriff's Department.

2.       Among other things, I oversee the performance of the San Francisco Pretrial Diversion Project pursuant to its contracts with the Sheriff's Department, including the OR Project.

3.       I also represent the Sheriff's Department on the Working Group overseeing the implementation and use of the Public Safety Assessment pretrial risk assessment tool ("the PSA Tool") developed by the Laura and John Arnold Foundation ("the Arnold Foundation").

4.       As part of my responsibilities, I require the OR Project to provide me with data concerning their operations, and I review it for the purpose of evaluating the OR Project's performance.  As a result, I am familiar with the data maintained by the San Francisco Pretrial Diversion Project and by the Sheriff's Department regarding the operation of the OR Project.

5.       I have reviewed the declaration of Ms. Hatton and the exhibits on which she relied. Ms. Hatton erroneously assumed that the only pre-arraignment OR releases are labeled as "Project O.R."  At a minimum, this excludes releases that the duty judge ordered at a higher level of supervision.  Those releases would be designated as "Assertive Case Management" rather than "Project O.R."

6.       In reviewing Plaintiffs' summary judgment motion, I noticed that Plaintiffs appear to misunderstand the process with respect to the OR Project.  Contrary to Plaintiffs' description on page 3, deputy sheriffs do not determine eligibility for pre-arraignment OR release.  That determination is made by OR Project staff after the Sheriff's Department has received ID confirmation for the individual from the FBI and California Department of Justice based on the fingerprints submitted.  ID confirmation is required in order to prepare the individual's criminal history.

7.       Attached hereto as Exhibit 1 are excerpts from a report entitled "Public Safety Assessment Implementation in San Francisco: Preliminary Data From the First Six Months."  The Sheriff's Department produced this document in discovery in this case.

8.       The report was prepared by Justice System Partners, which was retained by the Arnold Foundation to provide consultative assistance regarding the implementation of the PSA Tool in San Francisco County.  Justice System Partners prepared the report for members of the Working Group,

1  analyzing data from different sources including the Pretrial Diversion Project and Sheriff's

2  Department.

3        9.      Pages SHF000837-38 of the report show the number of cases presented to the duty

4  judge pre-arraignment versus the number presented at arraignment.  By comparing those two numbers,

5  and subtracting from the number considered at arraignment the 22% of applications that were

6  presented again at arraignment because they were previously denied by the duty judge, I conclude that

7  approximately half of all cases were ineligible for pre-arraignment consideration.

8        I declare under penalty of perjury under the laws of the State of California and the United

9  States that the foregoing is true and correct.  Executed this 14th day of November 2017 in San

10  Francisco, California.

                                            Alissa Riker

# EXHIBIT 1

SHF000830



# Public Safety Assessment (PSA) Implementation in San Francisco

## *Preliminary Data from the First Six Months*

## *January 2017*

**JUSTICE SYSTEM PARTNERS**

# PSA Analysis

» **Purpose**

  - Analyze preliminary data regarding use of PSA and DMF since implementation April 30th through October 31st 2016

» **Scope**

  - Reviewed individual case level data files from SF Pretrial Diversion Project and jail release files from SF Sheriff's Department

SHF000831

# Pre-Arraignment Eligible Cases
# DMF Recommendations and Duty Judge Decisions



**Duty Judge Decision**
May through October
(736 Cases)

OR Denied 39%

OR - NAS 22%

OR - Minimum 24%

SFPDP - ACM 15%

Self Released Prior to Arraignment 2%

Released Prior to Arraignment 27%

**DMF Recommendation**
May through October (736 Cases )

OR - NAS 56%

OR - Minimum 18%

SFPDP - ACM 18%

Release Not Recommended 8%

Jan 2017

Prepared for SF Court, Sheriff, and PSA Work Group

SHF000837

# Cases where OR Decision must be delayed until Arraignment
## DMF Recommendation and Arraignment Judge Decision



**Decision at Arraignment**
May through October
(1,562 Cases)

SFPDP - ACM
10%

OR - Minimum
7%

OR - NAS
10%

Ball Set
73%

**DMF Recommendation**
May through October
(1,562 Cases )

OR - Minimum
18%

OR - NAS
14%

SFPDP - ACM
16%

Release Not
Recommended
52%

Jan 2017

Prepared for SF Court, Sheriff, and PSA Work Group

SHF000838