1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE K. SNODGRASS, State Bar #148137
   JEREMY M. GOLDMAN, State Bar #218888
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
5  Telephone:     (415) 554-6762
   Facsimile:     (415) 554-4699
6  E-Mail:        jeremy.goldman@sfcityatty.org

7
   Attorneys for Defendant
8  SHERIFF VICKI HENNESSY

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  RIANA BUFFIN and CRYSTAL PATTERSON, et al., | Case No. C15-04959 YGR |
| 14              Plaintiffs, | **DECLARATION OF SERGEANT LINDA BUI IN SUPPORT OF THE SHERIFF'S RESPONSE TO THE MOTIONS FOR SUMMARY JUDGMENT** |
| 15         vs. | |
| 16  SHERIFF VICKI HENNESSY, in her official capacity, | Hearing Date:  December 12, 2017<br>Time:          2:00 p.m.<br>Place:         Courtroom 1, Fourth Floor<br>Judge:         Hon. Yvonne Gonzalez Rogers |
| 17  | |
| 18              Defendant. | |
| 19         vs. | |
| 20  CALIFORNIA BAIL AGENTS ASSOCIATION, | |
| 21  | |
| 22              Intervenor Defendant. | |

I, Sergeant Linda Bui, declare as follows:

1. I am employed by the San Francisco Sheriff's Department and work in its information technology division. I am the administrative Sergeant. I help to oversee daily operations, act as a liaison with other criminal justice agencies in the city, review public records request for data and assist the business analyst with data requests.

2. I am familiar with the Jail Management System used by the Sheriff's Department.

3. I prepared the spreadsheets labeled SHF000235 and SHF000236 in response to discovery requests served by Plaintiffs in this lawsuit. I prepared them by extracting data from the Jail Management System.

4. The number of jail days reported on SHF000236 represents the number of jail days credited (for example, if the court were to impose a custodial sentence). Any fraction of a 24-hour calendar day is credited as a full calendar day, so a period of less than 24 hours will be credited as at least one day and could potentially be credited as two days. As a result, the number of jail days credited overstates the actual amount of time in custody.

5. In their discovery requests, Plaintiffs requested the duration of custody by certain ranges of hours, and those data are reported in SHF000235.

6. The Jail Management System does not distinguish between releases that occur before arraignment and those that occur at arraignment or some later time. A release designated "Assertive Case Management" may have occurred before arraignment, at arraignment, or at some later point.

7. The Jail Management System is able to record only one release reason. However, it is not unusual for a person to be in jail for more than one reason, and the release reason typically reflects the last matter for which the person is in jail. That means there will be cases in which release was granted through the OR Project, but in which the "release reason" does not appear as either "Project O.R." or "Assertive Case Management" in SHF000235 and SHF00236.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 14th day of November 2017 in San Francisco, California.

                                                /s/*Linda Bui*
                                                Sgt. Linda Bui