# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RIANA BUFFIN, ET AL.,**<br>　　　　Plaintiffs**,**<br>　　v.<br>**CITY AND COUNTY OF SAN FRANCISCO, ET AL.,**<br>　　　　Defendants**.** | CASE NO. 15-cv-04959-YGR<br><br>**ORDER STRIKING DKT. NO. 183** |

　　　　The Court is in receipt of California Bail Agents Association's ("CBAA") response to the Court's December 12, 2017 order instructing the parties to file any comments regarding the Court's proposed revised class definition within one week. (Dkt. No. 183.)

　　　　Because CBAA's response exceeds the narrow scope of the Court's order, the Court hereby **STRIKES** Docket No. 183. CBAA may re-file its response by **noon tomorrow, December 22, 2017**, limited to the scope of the Court's previous order.

　　　　**IT IS SO ORDERED.**

Dated: December 21, 2017

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**