# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RIANA BUFFIN, ET AL.,**<br>Plaintiffs,<br>vs.<br>**CITY AND COUNTY OF SAN FRANCISCO, ET AL.,**<br>Defendants. | CASE NO. 15-cv-04959-YGR<br><br>**ORDER RE: BRIEFING ON LANGUAGE OF INJUNCTION** |

Pursuant to the Court's Order granting plaintiffs' motion for summary judgment and denying CBAA's cross-motion, the Court will issue an injunction enjoining the Sheriff from using the Bail Schedule as a means of detaining the plaintiff class. However, the Court will delay the issuance of the injunction pending briefing by the parties. Accordingly, the Court **SETS** the following briefing schedule:

- No later than **five (5) business days** from the date of this Order, plaintiffs shall file a proposed form of injunction. Such proposal shall be narrowly tailored to prohibit the use of the Bail Schedule as to the class members in this action and may be accompanied by a brief not exceeding ten (10) pages, to the extent needed.
- Any objections or comments thereto shall be filed **five (5) business days** thereafter and shall not exceed ten (10) pages.

A hearing regarding the actual language of the injunction shall be held on **Thursday, March 21, 2019** at **11:00 a.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 1.

**IT IS SO ORDERED.**

Dated: March 4, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**