LATHAM & WATKINS LLP
　Robert E. Sims (CA Bar No. 116680)
　Sadik Huseny (CA Bar No. 224659)
　Tyler P. Young (CA Bar No. 291041)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: Bob.Sims@lw.com
Email: Sadik.Huseny@lw.com
Email: Tyler.Young@lw.com

EQUAL JUSTICE UNDER LAW
　Phil Telfeyan (CA Bar No. 258270)
Equal Justice Under Law
400 7th Street NW, Suite 602
Washington, D.C. 20004
Telephone: +1.202.505.2058
Email:Ptelfeyan@equaljusticeunderlaw.org

Attorneys for Plaintiffs
*Riana Buffin and Crystal Patterson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RIANA BUFFIN and CRYSTAL PATTERSON, on behalf of themselves and others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>VICKI HENNESSY in her official capacity as the San Francisco Sheriff, *et al*.,<br><br>　　　　　　Defendants. | CASE NO. 4:15-cv-04959-YGR<br><br>**[PROPOSED] INJUNCTION**<br><br>Date:　　　　March 21, 2019<br>Time:　　　　11:00 a.m.<br>Courtroom:　1, 4th Floor<br><br>The Honorable Yvonne Gonzalez Rogers |

Consistent with the Court's March 4, 2019 Order (Dkt. 314), the Court hereby:

1. Prohibits Defendant the San Francisco Sheriff and the Sheriff's Department from using the San Francisco Felony-Misdemeanor Bail Schedule, or any form or derivation thereof that relies on wealth-based elements, as a basis to detain arrestees prior to arraignment in the City and County of San Francisco.

2. Orders Defendant the San Francisco Sheriff and the Sheriff's Department to submit to the Court, within 30 days, a written plan for how the Sheriff's Department will administer release of pre-arraignment detainees so as to ensure compliance with the Court's Order such that operational efficiencies do not trump the significant and fundamental deprivations of liberty at stake.

**IT IS SO ORDERED.**

Dated: _____

                                                The Honorable Yvonne Gonzalez Rogers
                                                   United States District Court Judge