UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 3/21/19 | **Time:** 11:03am-12:11pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 15-cv-04959-YGR | **Case Name:** Buffin v. City and County of San Francisco | |

**Attorney for Plaintiffs:** Sadik Huseny, Aaron T. Chiu, Tyler Young, David Derrick, and Phil Telfeyan
**Attorney for Defendant:** Jeremy Goldman and Neha Gupta
**Attorney for Intervenor-Defendant:** Krista Baughman

**Deputy Clerk:** Frances Stone				**Court Reporter:** Pam Hebel

## PROCEEDINGS
**Hearing re Language of Injunction-HELD and SUBMITTED**

**Compliance hearing set Friday, 4/26/19 at 9:01am.**
Joint statement filed by 4/19/19 regarding status of discussions with San Francisco Superior Court, and whether parties seek a referral to a magistrate judge or a phone conference with this Court

CBAA's brief re: issues discussed on the record filed by 4/1/19.
Any response to be filed by 4/8/19.
No reply brief shall be filed.
CBAA will request the Court in writing that a Rule 58 judgment be issued as to the summary judgment ruling.