UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIANA BUFFIN, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>    Defendants. | Case No.: 15-cv-04959-YGR<br><br>ORDER CONTINUING COMPLIANCE HEARING |

On May 8, 2019, the Court referred this case to Magistrate Judge Spero for mediation on the issue of injunctive relief. (Dkt. No. 336.) On May 24, 2019, Judge Spero scheduled a further settlement conference for July 8, 2019, at 9:30 a.m. (Dkt. No. 340.)

In light of the upcoming further settlement conference, the Court **CONTINUES** the June 14, 2019 compliance hearing to its 9:01 a.m. calendar on **Friday, July 19, 2019** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file a joint statement regarding the parties' final positions on the appropriate injunctive relief to be issued in this case.

**IT IS SO ORDERED**.

Date: June 3, 2019

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE