| | |
|---|---|
| LATHAM & WATKINS LLP<br>    Robert E. Sims (CA Bar No. 116680)<br>    Sadik Huseny (CA Bar No. 224659)<br>    Tyler P. Young (CA Bar No. 291041)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600<br>Facsimile: +1.415.395.8095<br>Email: Robert.Sims@lw.com<br>Email: Sadik.Huseny@lw.com<br>Email: Tyler.Young@lw.com | EQUAL JUSTICE UNDER LAW<br>    Phil Telfeyan (Bar No. 258270)<br>400 7th Street NW, Suite 602<br>Washington, D.C. 20004<br>Telephone: +1.202.505.2058<br>Email: Ptelfeyan@equaljusticeunderlaw.org |

Attorneys for Plaintiffs
*Riana Buffin and Crystal Patterson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RIANA BUFFIN and CRYSTAL PATTERSON, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>VICKI HENNESSY in her official capacity as the San Francisco Sheriff, *et al*.,<br><br>    Defendants. | CASE NO. 4:15-cv-04959-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS** |

1  WHEREAS, the Court entered final judgment in this matter on September 3, 2019; and

2  WHEREAS, on September 12, 2019, the Court entered a stipulated Order extending the deadline for Plaintiffs to file their motion for attorneys' fees and bill of costs by forty-five (45) days, from September 17, 2019 to November 1, 2019;

WHEREAS, Plaintiffs Riana Buffin and Crystal Patterson (collectively, "Plaintiffs") and Defendant the San Francisco Sheriff Vicki Hennessy are presently engaged in negotiating a potential settlement on the issues of attorneys' fees and costs;

NOW, THEREFORE, the parties stipulate and respectfully request, pursuant to Civil Local Rule 6-2, that the Court extend the deadline for Plaintiffs to file their motion for attorneys' fees and bill of costs by an additional twenty-one (21) days, to November 22, 2019. Plaintiffs do not anticipate seeking any further extensions. A declaration satisfying the requirements of Local Rule 6-2(a) is concurrently filed with this stipulation.

Dated: October 24, 2019

Respectfully submitted,

LATHAM & WATKINS LLP
   Robert E. Sims
   Sadik Huseny
   Tyler P. Young

By: /s/ Sadik Huseny
   Sadik Huseny

*Attorneys for Plaintiffs*
*Riana Buffin and Crystal Patterson*

Dated: October 24, 2019

Respectfully submitted,

DENNIS J. HERRERA
City Attorney

By: /s/ Jeremy M. Goldman
   Jeremy M. Goldman

*Attorneys for Defendant*
*Sheriff Vicki Hennessy*

STIP. & [PROPOSED] ORDER TO EXTEND TIME FOR PLS.
TO FILE MOT. FOR ATTORNEYS' FEES & BILL OF COSTS
CASE NO. 4:15-CV-04959-YGR

1

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | Dated: October 25, 2019

The Honorable Yvonne Gonzalez Rogers
United States District Court Judge

**SIGNATURE ATTESTATION**

I, Sadik Huseny, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time for Plaintiffs to file Motion for Attorneys' Fees. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: October 24, 2019         /s/ Sadik Huseny
                                Sadik Huseny