LATHAM & WATKINS LLP
  Robert E. Sims (CA Bar No. 116680)
  Sadik Huseny (CA Bar No. 224659)
  Tyler P. Young (CA Bar No. 291041)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: Robert.Sims@lw.com
Email: Sadik.Huseny@lw.com
Email: Tyler.Young@lw.com

EQUAL JUSTICE UNDER LAW
  Phil Telfeyan (Bar No. 258270)
400 7th Street NW, Suite 602
Washington, D.C. 20004
Telephone: +1.202.505.2058
Email: Ptelfeyan@equaljusticeunderlaw.org

Attorneys for Plaintiffs
*Riana Buffin and Crystal Patterson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RIANA BUFFIN and CRYSTAL PATTERSON, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>VICKI HENNESSY in her official capacity as the San Francisco Sheriff, *et al.*,<br><br>    Defendants. | CASE NO. 4:15-cv-04959-YGR<br><br>**JOINT STATEMENT REGARDING COMPLIANCE WITH FINAL JUDGMENT** |

Plaintiffs and Defendant the San Francisco Sheriff hereby submit this Joint Statement in advance of the compliance hearing scheduled for November 22, 2019.  *See* Dkt. 372.

I.  **COMPLIANCE UPDATE**

   A.  **Legislative Approval of Settlement**

On September 3, 2019, this Court entered final judgment, following the parties' submission of a stipulated injunction and a hearing.  *See* Dkt. 372; *see also* Dkts. 368, 371.  The Court conditioned the obligations set forth in the judgment upon the City and County of San Francisco approving the additional expense the injunction would require.  Dkt. 372 at 4.  The Sheriff was ordered to "expend all reasonable efforts" to bring the legislation to a vote within ninety (90) days.  *Id.*  The ninety day period expires on December 2, 2019.

On September 30, 2019, the City Attorney's Office submitted to the San Francisco Board of Supervisors (the "Board") a proposed ordinance approving the settlement.  *See* Exhibit 1 at 15 [October 8 Board Minutes].  The ordinance was formally introduced at the Board on October 8, 2019, and the Board's President assigned the legislation to the Government Audit and Oversight Committee.  *Id.*  The Government Audit and Oversight Committee met on October 17, 2019, and recommended that the Board adopt the ordinance.  Exhibit 2 [October 17 GAO Minutes].

On October 22, 2019, the Mayor introduced two additional ordinances for consideration by the Board.  One of those ordinances proposed five new employee positions to implement the stipulated judgment, and the other appropriated $2,191,869 from the City's budget reserve account to cover implementation costs anticipated in the first six months.  The Board's President assigned these ordinances to the Board's Budget and Finance Committee.  The Budget and Finance Committee met on November 6, 2019, and recommended that the Board adopt the two ordinances.

Under the City's Charter, the Board must approve each ordinance twice, at two meetings at least five days apart, before transmitting the ordinances to the Mayor for her review.  On November 12, the Board of Supervisors unanimously approved all three proposed ordinances on first reading.  Exhibit 3 [November 12 Board Minutes].  Next week, on November 19, 2019, the Board of Supervisors will consider the ordinances on second reading.  Exhibit 4 [November 19

1   Agenda]. If the Board approves the ordinances on November 19, the Mayor will have ten days
2   to review the ordinances. Unless the Mayor vetoes the ordinances, they will become effective on
3   the date the Mayor signs or returns them to the Board unsigned.

### B.   Sheriff's Preparations for Complying with Injunction

The Sheriff, along with the Police Department, District Attorney's Office, and the Pretrial Diversion Project, has worked with the Mayor's Office to identify the changes that will be necessary to implement the stipulated injunction and the financial support necessary to such implementation. Those meetings served as the basis for the ordinances introduced by the Mayor's Office as described above. In anticipation of the City's approval of the funding, the Sheriff plans to meet with all relevant stakeholders to discuss the next steps that will have to be taken so that relevant agencies are able to implement the new procedures within 90 days of the ordinances' effective date.

*   *   *

The parties believe that the Sheriff has thus far complied with her obligations set forth by this Court and do not believe that attendance at the scheduled November 22, 2019 compliance hearing is necessary. The parties respectfully request a compliance hearing be set for May 1, 2019, which will allow Plaintiffs sufficient time to review the Sheriff's first set of data, which is scheduled to be produced on April 1, 2019.

Dated: November 15, 2019

Respectfully submitted,

LATHAM & WATKINS LLP
   Robert E. Sims
   Sadik Huseny
   Tyler P. Young

By: /s/ Sadik Huseny
    Sadik Huseny

Attorneys for Plaintiffs
*Riana Buffin and Crystal Patterson*

///

Dated: November 15, 2019

Respectfully submitted,

DENNIS J. HERRERA
City Attorney

By: /s/ Jeremy M. Goldman
         Jeremy M. Goldman

Attorneys for Defendant
*Sheriff Vicki Hennessy*

**SIGNATURE ATTESTATION**

I, Sadik Huseny, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time for Plaintiffs to file Motion for Attorneys' Fees. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated:  November 15, 2019             /s/ Sadik Huseny
                                       Sadik Huseny