# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **RIANA BUFFIN, ET AL.,**<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>**CITY AND COUNTY OF SAN FRANCISCO, ET AL.,**<br><br>　　　　Defendants. | CASE NO. 15-cv-04959-YGR<br><br>**ORDER RE: ATTORNEYS' FEES AND COSTS** |

The Court has received the parties' Notice of Agreement and Proposed Order Regarding Plaintiffs of Attorneys' Fees and Costs Pursuant to 42 U.S.C. § 1988. (Dkt. No. 382.) Under the agreement, the award would be assessed against the State of California. The Court understands from the parties that the Attorney General has been advised of the agreed-upon resolution of attorneys' fees and costs and that the Attorney General does not agree that the State of California is liable for any such fees and costs.

Accordingly, the Court hereby **INVITES** the Attorney General to file any response to the parties' proposed order regarding the award of plaintiffs' attorneys' fees and costs. Said response shall be filed by no later than **Tuesday, December 17, 2019**. The parties may file a response thereto within 14 days of such filing. If such filing is due between December 25, 2019 and January 1, 2020, the date of such filing shall be extended by seven (7) days.

The Court understands that lawyers in the Attorney General's office are receiving ECF notifications for this case. Nonetheless, plaintiff shall serve this Order on the Attorney General forthwith and shall file proof of service.

**IT IS SO ORDERED.**

Dated: December 3, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**