1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   WAYNE K. SNODGRASS, State Bar #148137
    JEREMY M. GOLDMAN, State Bar #218888
3   NEHA GUPTA, State Bar #308864
    Deputy City Attorneys
4   City Hall, Room 234
    1 Dr. Carlton B. Goodlett Place
5   San Francisco, California 94102-4682
    Telephone:     (415) 554-6762 (Goldman)
6                  (415) 554-4665 (Gupta)
    Facsimile:     (415) 554-4699
7   E-Mail:        jeremy.goldman@sfgov.org
                   neha.gupta@sfcityatty.org
8

9   Attorneys for Defendant
    SHERIFF PAUL MIYAMOTO
10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13

14
    RIANA BUFFIN and CRYSTAL            Case No. C15-04959 YGR
15  PATTERSON, et al.,
                                        [PROPOSED] ORDER REGARDING
16        Plaintiffs,                   EMERGENCY RULE 4 OF THE CALIFORNIA
                                        RULES OF COURT
17        vs.

18  THE CITY AND COUNTY OF SAN
    FRANCISCO, et al.,
19
          Defendants.
20

21

22

23

24

25

26

27

28

1    Sheriff Paul Miyamoto and Class Plaintiffs have requested that this Court issue an order

2  regarding the Final Judgment and Injunction, ECF #372, insofar as it may bear on Emergency Rule 4

3  of the California Rules of Court.  Emergency Rule 4 was adopted by the Judicial Council of California

4  on April 6, 2020 in response to the COVID-19 pandemic.  It requires each superior court, by 5:00 p.m.

5  on April 13, 2020, to apply a new statewide "Emergency Bail Schedule," which sets bail at $0 for all

6  misdemeanors and felonies other than those enumerated in subdivisions (c)(1)-(13) of the rule.

7  Subdivision (d) clarifies that courts retain the ability to deny bail pursuant to article I, section 12 or

8  28(f)(3) of the California Constitution.  Subdivision (g) provides that Emergency Rule 4 will remain in

9  effect until 90 days after the Governor declares that the state of emergency related to the COVID-19

10  pandemic is lifted, or until amended or repealed by the Judicial Council.

11    The Final Judgment and Injunction does not prevent the Sheriff from enforcing the statewide

12  Emergency Bail Schedule under Emergency Rule 4 insofar as it establishes an entitlement to release

13  on $0 bail (including as qualified by the superior court's authority to deny release on bail under the

14  constitutional authority referenced in subdivision (d) of Emergency Rule 4).  Such enforcement of the

15  Emergency Bail Schedule is consistent with the Final Judgment and Injunction because the injunction

16  enjoins the Sheriff from enforcing the San Francisco Superior Court's Bail Schedule "or any form or

17  derivative thereof *that requires or has as its effect that the existence and duration of pre-arraignment*

18  *detention is determined by an arrestee's ability to pay*."  Dkt. 372 at 2 (emphasis added).  Under the

19  Emergency Bail Schedule, where bail is set at $0 or is denied altogether, the existence and duration of

20  detention is not determined by an arrestee's ability to pay.

21    Emergency Rule 4 also provides that each superior court's bail schedule continues to apply to

22  the offenses enumerated in subdivisions (c)(1)-(13) of the rule.  Because the Sheriff's enforcement of

23  the San Francisco Superior Court's bail schedule has been enjoined and the procedures in the Final

24  Judgment and Injunction have taken its place, the Sheriff is required to continue to apply those

25  procedures to eligible arrestees under the Final Judgment and Injunction who are not released on $0

26  bail pursuant to the statewide Emergency Bail Schedule.

27

28

[Proposed] Order Re Emergency Rule 4          1
CASE NO. C15-04959 YGR

1    IT IS SO ORDERED.

2

3    Dated: April 13, 2020

4                                                    _____
                                                     HON. YVONNE GONZALEZ ROGERS
5                                                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28