FILED

OCT 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RIANA BUFFIN; CRYSTAL PATTERSON,<br><br>        Plaintiffs-Appellees,<br><br>and<br><br>CITY AND COUNTY OF SAN FRANCISCO; PAUL MIYAMOTO, Sheriff,<br><br>        Defendants-Appellees,<br><br> v.<br><br>STATE OF CALIFORNIA; XAVIER BECERRA,<br><br>        Defendants-Appellants,<br><br> and<br><br>CALIFORNIA BAIL AGENTS ASSOCIATION,<br><br>        Intervenor-Defendant. | No.   20-15518<br><br>D.C. No. 4:15-cv-04959-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Before: W. FLETCHER and BERZON, Circuit Judges.

Appellants' motion to stay the district court's March 23, 2020 attorneys' fees order without requiring a bond is granted (Docket Entry No. 16). *See*, *e.g.*, *Spain v. Mountanos*, 690 F.2d 742, 744-45 (9th Cir. 1982) (a court may use any

SZ/MOATT

remedy provided in Federal Rules of Civil Procedure 69 or 70 to enforce award pursuant to 42 U.S.C. § 1988 against a state).

Plaintiffs-Appellees' motion for an extension of time to file the answering brief (Docket Entry No. 25) is granted.

The answering briefs for all appellees are now due October 30, 2020.  The optional reply brief is due 21 days from the date of service of the latest filed answering brief.