| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 3 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

RIANA BUFFIN; CRYSTAL PATTERSON,

        Plaintiffs-Appellees,

 v.

CITY AND COUNTY OF SAN FRANCISCO; PAUL MIYAMOTO, Sheriff,

        Defendants-Appellees,

STATE OF CALIFORNIA; ROB BONTA,

        Defendants-Appellants,

 and

CALIFORNIA BAIL AGENTS ASSOCIATION,

        Intervenor-Defendant.

No. 20-15518

D.C. No. 4:15-cv-04959-YGR
Northern District of California, Oakland

ORDER

Before: BALDOCK,[*] WARDLAW, and BERZON, Circuit Judges.

Plaintiffs' unopposed motion for an extension of time to file a petition for appellate fees and costs is **GRANTED**.

**IT IS SO ORDERED.**

---

[*]   The Honorable Bobby R. Baldock, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.