FILED

JUN 17 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RIANA BUFFIN; CRYSTAL PATTERSON, <br><br>　　　　Plaintiffs-Appellees, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; PAUL MIYAMOTO, Sheriff, <br><br>　　　　Defendants-Appellees, <br><br> STATE OF CALIFORNIA; ROB BONTA, <br><br>　　　　Defendants-Appellants, <br><br> and <br><br> CALIFORNIA BAIL AGENTS ASSOCIATION, <br><br>　　　　Intervenor-Defendant. | No.   20-15518 <br><br> D.C. No. 4:15-cv-04959-YGR <br> Northern District of California, Oakland <br><br> ORDER |

Before:  BALDOCK,* WARDLAW, and BERZON, Circuit Judges.

Plaintiffs' unopposed motion for an extension of time to file a petition for appellate fees and costs (ECF 65) is **GRANTED**.

**IT IS SO ORDERED.**

---

\*     The Honorable Bobby R. Baldock, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.