LATHAM & WATKINS LLP
   Sadik Huseny (CA Bar No. 224659)
   Aaron T. Chiu (CA Bar No. 287788)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: Sadik.Huseny@lw.com
Email: Aaron.Chiu@lw.com

EQUAL JUSTICE UNDER LAW
   Phil Telfeyan (Bar No. 258270)
400 7th Street NW, Suite 602
Washington, D.C. 20004
Telephone: +1.202.505.2058
Email: Ptelfeyan@equaljusticeunderlaw.org

Attorneys for Plaintiffs
*Riana Buffin and Crystal Patterson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RIANA BUFFIN and CRYSTAL PATTERSON, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>    Defendants. | CASE NO. 4:15-cv-04959-YGR<br><br>**NOTICE OF SATISFACTION OF JUDGMENT** |

On January 13, 2022, the United States Court of Appeals for the Ninth Circuit affirmed the order of this Court dated March 23, 2020, awarding Plaintiffs' their attorneys' fees and costs in total amount of $1,950,000.00 to be paid by the State of California. ECF No. 409. The State of California has fully satisfied this judgment.

Dated: November 4, 2022

Respectfully submitted,

LATHAM & WATKINS LLP

By:  /s/ Aaron T. Chiu
       Aaron T. Chiu

*Attorneys for Plaintiffs*
*Riana Buffin and Crystal Patterson*